Robert J. DeGroot, Esq.
56 Park Place
Newark, N.J. 07102
Attorney for Defendant Michael Kaufman

IN THE UNITED STATES DISTRICT
COURT OF NEW JERSEY

----------------------------------------x
UNITED STATES OF AMERICA            :
                                    :        Crim No. 08-763 (DMC)
    v.                              :
                                    :        ORDER
Michael Kaufman, et. al.            :
                                    :
----------------------------------------x

THIS MATTER, being open to the Court by Robert J. DeGroot, Esq. attorney for Defendant Michael Kaufman and having the consent of the United States Assistant District Attorney Zach Intrader for the District of New Jersey; and the Court having considered this Application; and it appearing that the Defendant Michael Kaufman has restrictions on his travel; and it further appearing that the Defendant is desirous of traveling to visit family in Maryland for the Thanksgiving Holiday; and for good cause appearing;

IT IS, on this 24th day of November, 2010

ORDERED that the Defendant's conditions of pretrial release be amended to permit him to travel to Maryland with his children by automobile to visit family and he shall return no later November 27, 2010 to his residence in Pennsylvania.

ORDERED that a copy of this Order shall be served upon pretrial services within 10 days from the date.

*[signature: Dennis McCavanaugh]*

———————————————————
Hon. Dennis M. Cavanaugh
United States District Court Judge