**Robert J. DeGroot**
ATTORNEY AT LAW
56 Park Place
Newark, New Jersey 07102
(973) 643-1930
Fax No. (973) 643-7231

ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

EMAIL ADDRESS
RobertJDeGroot@aol.com

April 14, 2011

Hon. Dennis M. Cavanaugh, D.C.J.
U.S. District Court, District of New Jersey
Frank R. Lautenberg, U.S.P.O. Courthouse Bldg.
Federal Square- P.O. Box 999
Newark, N.J. 07101

  Re: USA v. Michael Kaufman, et. al.
  Case No. 2:08-cr-763-DMC
  My File No. 3045D

Dear Judge Cavanaugh:

  Please be advised that I represent Michael Kaufman in the above captioned matter. Mr. Kaufman seeks permission from the Court to travel to the Warren, Ohio for a business matter on Monday April 18, 2011. Mr. Kaufman will return on the same day. I have discussed this request with U.S. Pretrial Services Officer Timothy Krenitsky and Assistant United States Attorney Zach Intrater and they have no objection to the trip as proposed.

  Accordingly, I ask this Court to permit Mr. Kaufman to travel to Warren Ohio on April 18, 2011.

       Respectfully,

       Robert J. DeGroot, Esq.

RJD: on

cc: Zach Intrater, AUSA
  Officer Tim Krenitsky, Pretrial Services

It is SO ORDERED that the Defendant may travel consistent with the terms enumerated in the above paragraph and it is further ordered that all other such conditions of the Defendant's pretrial release shall remain in effect.

4/15/11

Dennis M. Cavanaugh
U.S. District Judge