# Robert J. DeGroot

*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

ATTORNEY AT LAW

56 PARK PLACE

NEWARK, NEW JERSEY 07102

(973) 643-1930

FAX NO. (973) 643-7231

EMAIL ADDRESS
RobertJDeGroot@aol.com

August 18, 2011

Hon. Dennis M. Cavanaugh, D.C.J.
U.S. District Court, District of New Jersey
Frank R. Lautenberg, U.S.P.O. Courthouse Bldg.
Federal Square- P.O. Box 999
Newark, N.J. 07101

     Re: USA v. Michael Kaufman, et. al.
     Case No. 2:08-cr-763-DMC
     My File No. 3045D

Dear Judge Cavanaugh:

     Please be advised that I represent Michael Kaufman in the above captioned matter. Mr. Kaufman seeks permission from the Court to travel to Atlanta, Georgia to accompany his wife for a teacher's exam from August 19, 2011 to Tuesday August 23, 2011. I have discussed this request with U.S. Pretrial Services Officer Timothy Krenitsky and Assistant United States Attorney Zach Intrater and they have no objection to the trip as proposed.

     Accordingly, I ask this Court to permit Mr. Kaufman to travel to Atlanta, Georgia on August 19, 2011 and to return home August 23, 2011. I thank the Court for its assistance and cooperation.

     Respectfully,

     Robert J. DeGroot, Esq.

RJD: on

cc: Zach Intrater, AUSA
    Officer Tim Krenitsky, Pretrial Services

It is SO ORDERED that the Defendant may travel consistent with the terms enumerated in the above paragraph and it is further ordered that all other such conditions of the Defendant's pretrial release shall remain in effect.

*[signature]*

8/19/11

Dennis M. Cavanaugh, Judge
U.S. District Court