**Robert J. DeGroot**

*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

ATTORNEY AT LAW
56 PARK PLACE
NEWARK, NEW JERSEY 07102
(973) 643-1930
FAX NO. (973) 643-7231

EMAIL ADDRESS
RobertJDeGroot@aol.com

December 14, 2011

Hon. Dennis M. Cavanaugh, J.D.C.
Frank R. Lautenberg U.S.P.O. & Cthse. Bldg.
Room 451
Federal Square
P.O. Box 999
Newark, N.J. 07101

Re: United States v. Michael Kaufman
2:08-cr-00763-DMC

Dear Judge Cavanaugh:

As you are aware I represent Mr. Kaufman in the above captioned matter. Mr. Kaufman was sentenced by this court on November 23, 2011. He was given a voluntary surrender date and received notice to surrender on 12/27/11 at F.C.I. Atlanta Georgia.

The Court imposed a sentence of 50 months upon Mr. Kaufman. He has appeared and been fully cooperative throughout the presentence release period. Mr. Kaufman has been married for twelve years to Pia Kaufman. He and his wife have three children and he has a daughter from his first marriage. Right after the sentence, Mr. Kaufman's wife advised that she was leaving him. She has declined to advise him of her current address and the location of his children. Mr. Kaufman's children are ten, eight, and three years old. His youngest child Lincoln is a special needs child who has autism.

Prior to the sentence, Mr. and Mrs. Kaufman intended to move to Atlanta and had secured a residence there. At the time of sentence, I asked the Court to amend the Court records to use his Atlanta Georgia address so that he may have a designation of an institution near his family. Mrs. Kaufman has advised that she will not move to Atlanta and now Mr. Kaufman has been designated for custody in Atlanta. It would make it impossible for his minor children to see him during his period of incarceration.

Mr. Kaufman has contacted a family lawyer in Pennsylvania to deal with these issues; it is estimated that the conclusion of these family court issues would require Kaufman to delay his surrender date until March 15, 2012. It would also give me an opportunity to contact the B.O.P. to see that I can get his designated institution changed to one in Pennsylvania. Mr. Kaufman has

certified the facts asserted in this letter in an affidavit which I would submit if the Court requests. As of this writing, I have not spoken with Bohdan Vitvitsky, A.U.S.A.  I am also sending this letter to the probation liaison for your Court.

Respectfully submitted,

Robert J. DeGroot, Esq.

cc:  Bohdan Vitvitsky, A.U.S.A.
     Renee Caggia, Probation Department

---

IT IS on this 12/19/11 day Ordered that the surrender date for Michael Kaufman be and the

same hereby extended to March 15, 2012, for the reasons cited in this letter.

Dennis M. Cavanaugh
U.S. District Judge