| | **Robert J. DeGroot** | |
|---|---|---|
| *Admitted To New Jersey & New York Bar | ATTORNEY AT LAW | EMAIL ADDRESS |
| | 56 PARK PLACE | RobertJDeGroot@aol.com |
| | NEWARK, NEW JERSEY 07102 | |
| | (973) 643-1930 | |
| | FAX NO. (973) 643-7231 | |

March 12, 2012

Hon. Dennis M. Cavanaugh, U.S.D.C.J.
Frank R. Lautenberg U.S.P.O. & Cthse Bldg.
Room 451
Federal Square
P.O. Box 999
Newark, N.J. 07101

    Re:  United States v. Michael Kaufman
        2:08-cr-00763-DMC

Dear Judge Cavanaugh:

    I had previously sent a letter to the Court requesting an extension for Mr. Kaufman to turn himself in on April 16, 2012 based on a child custody/divorce hearing that I thought was set on April 5, 2012. I was mistaken in that the divorce custody/hearing is set over the course of two days, one on April 5, 2012 and the other on April 25, 2012. I have attached both notices with this letter. There is of course a possibility/probability that the matter may be extended for more Court appearances. After discussing this matter with Defendant's divorce counsel I think that a more accurate estimate as to when his divorce/child custody matter may be completed is on or about June 1, 2012. I would therefore request that the Court move the turn in date to on or about June 1, 2012.

    I apologize to the Court for any inconvenience that this may cause.

                                              Respectfully submitted,

                                            Robert J. DeGroot, Esq.

                                            By:  Oleg Nekritin, Esq.

Encl.
cc:  Bohdan Vitvitsky, A.U.S.A.
     Renee Caggia, Probation Department

IT IS on this _15th_ day of _MARCH_, _2012_. Ordered that the surrender date for Michael Kaufman be and the same hereby extended to June 1, 2012.

SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.