# Robert J. DeGroot
### ATTORNEY AT LAW

*ADMITTED TO NEW JERSEY & NEW YORK BAR
NEW JERSEY CERTIFIED CRIMINAL TRIAL ATTORNEY

56 PARK PLACE
NEWARK, NEW JERSEY 07102
(973) 643-1930
FAX NO. (973) 643-7231

EMAIL ADDRESS
RobertJDeGroot@aol.com

May 30, 2012

Hon. Dennis Cavanaugh, U.S.D.C.J.
U.S.P.O. Cthse. Bldg. Rm. 451
Newark, N.J. 07101

    Re:  United States v. Michael Kaufman
        2:08-cr-00763-DMC

Dear Judge Cavanaugh:

    As you are aware, this office represents Mr. Kaufman in the above captioned matter. Mr. Kaufman is scheduled to turn himself into the custody of the Bureau of Prisoners on June 1, 2012. Your Honor had previously adjourned Mr. Kaufman's turn in date on account of a pending divorce, child custody matter with his wife.

    I am enclosing with this letter a child custody order entered by the Court of Common Pleas of Berks County, Pennsylvania, directing Mr. Kaufman to appear in Court on Friday July 20, 2012 for a custody/support hearing. Further, I have not heard back from the Bureau of Prisons regarding the changing the detention facility from being in Atlanta to New Jersey. As Mr. Kaufman was anticipating relocating to Atlanta prior to his wife's decision to severe ties with him, we had requested that the B.O.P. assign a facility close to Atlanta. At present Mr. Kaufman has no relatives in Atlanta and his children will not be relocating to that State.

    I ask that the Court adjourn Mr. Kaufman's turn in date to September 12, 2012 so that he may resolve his child custody/divorce matter and so that the B.O.P. may make the necessary changes to ensure that he is incarcerated at or near Pennsylvania.

Respectfully submitted,

Robert J. DeGroot, Esq.

Encl.
cc: Bohdan Vitvitsky

IT IS ON THIS 5/31/12 DATE HEREBY ORDERED *~~that the Surrender Date for Michael Kaufman be hereby extended to September 12, 2012~~.

* APPLICATION DENIED

Dennis M. Cavanaugh
U.S. District Judge